

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Deander & Felhaber, LP, Delta Distribution & Warehouse, Inc., F.C. Felhaber & Co., Inc., FCF Holdings, LLC, Franz Felhaber, Individually, and Franz & Monica Felhaber Family Limited Partnership, | § | No. 08-18-00209-CV |
| | § | Appeal from the |
| | § | 34th District Court |
| | § | of El Paso County, Texas |
| Appellants, | § | (TC# 2011-DCV01519) |
| v. | § | |
| Patricia Montgomery, CPA, | § | |
| Appellee. | § | |
| | § | |
| | § | |

**O R D E R**

On December 10, 2018, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On December 11, 2018 Appellee filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Reporter's Record shall be filed in this Court on or before January 10, 2019.

IT IS SO ORDERED this 11th day of December, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.